### 23457. EDWARDS v. THE STATE.

BROYLES, C. J. The defendant was convicted of burglary. The evidence tending to connect him with the offense was wholly circumstantial; and while it raised a strong suspicion of his guilt, it was not sufficient to exclude every other reasonable hypothesis. The court erred in refusing to grant him a new trial.

*Judgment reversed. MacIntyre and Guerry, JJ., concur.*

DECIDED OCTOBER 28, 1933.

*L. M. Wyatt,* for plaintiff in error.
*W. Y. Atkinson, solicitor-general,* contra.